___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 15 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GLEN THOMAS, | ) | CASE NO. C08-0037-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| ELDON VAIL, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed defendants' motion to dismiss, plaintiff's response, defendants' reply, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion to dismiss (Dkt. No. 8) is GRANTED.

(3) The complaint and this action are DISMISSED with prejudice.

(4) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 15th day of _____May_____, 2008.

_____
JAMES L. ROBART
United States District Judge

08-CV-00037-ORD